IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DAVID ROBERT BENTZ, )
)
   Plaintiff, )
)
v. ) Case No. 3:17-cv-1384-NJR-DGW
)
THREADGILLE, et al., )
)
   Defendants. )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion filed by Plaintiff on March 21, 2018 (Doc. 17) and the Notice filed by Plaintiff on April 17, 2018 (Doc. 20). The Motion is **DENIED**.

In his motion, Plaintiff represents that in this and other cases filed in this District, he "is not receiving documents, orders, motions, etc. . . through electronic filing, through mail, or other from the Court and/or defendants" (Doc. 17). In his notice, Plaintiff claims that he has not received the documents associated with Docket entries 11, 12, 15, 16, 17, and 18. Most of these claims are demonstrably false.

Plaintiff states that he did not receive Document 11 which is an Order directing him to file a brief in support of his request for injunctive relief. Plaintiff filed his brief on March 1, 2017 and specifically referenced the Order. As such, he cannot claim, in the Notice filed on April 17, 2018, that he did not get the Order. On January 31, 2018, Plaintiff filed a notice informing the Court that the wrong Defendant McClure was served. Plaintiff could only have noticed an error as to the naming of this Defendant from the return of waiver filed on January 8, 2019 (Doc. 8, p. 10), or Defendants' notice of appearance filed on January 22, 2018. Therefore, Plaintiff is obviously receiving some documents from the Court and/or Defendants.

In any event, the Court will not copy documents Plaintiff has submitted -- Plaintiff should retain a copy for his own records. The Court will not copy documents that Defendants indicate were served upon him. Plaintiff should request such copies from Defendants. Finally, as a one-time courtesy, the Court DIRECTS the Clerk of Court to send to Plaintiff a copy of the Docket sheet in this matter. If Plaintiff requires a copy of the docket sheet in the future, he shall pay the copying fee which he can acquire from the Clerk of Court.

**DATED: May 23, 2018**

*/s/ Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**